IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jerome M. Skrtich, et al., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Pinnacle West Capital Corporation, et al.,<br><br>    Defendants. | No. CV-2:22-01753-SMB<br><br>**JOINT MOTION TO STAY DEADLINES AND NOTICE OF CLASS ACTION SETTLEMENT** |

  Plaintiffs (Jerome M. Skrtich, Joseph F. Peck, and Michael Riccitelli) and Defendants (Pinnacle West Capital Corporation and the Benefit Administration Committee of the Pinnacle West Capital Corporation Retirement Plan) jointly give notice that they have reached a settlement in principle with the assistance of a private mediator and have approved a term sheet incorporating the major terms of the settlement.

  The parties are in the process of negotiating a definitive settlement agreement, which will require Court approval. The parties anticipate that they will execute the settlement agreement and Plaintiffs will file an unopposed motion and memorandum for preliminary approval of the settlement, by June 12, 2025. The parties therefore request that this matter be stayed pending the filing of the preliminary approval motion papers.

DATED: May 1, 2025

| | |
|---|---|
| *s/ Nicholas Pastan* | *s/ Robert A. Izard* |
| COVINGTON & BURLING LLP<br>Christian J. Pistilli<br>Robert Newman<br>Nicholas Pastan<br>850 Tenth Street, NW Washington, DC 20001-4956<br><br>SNELL & WILMER L.L.P.<br>Joseph G. Adams<br>Zachary G. Schroeder<br>One East Washington Street Suite 2700<br>Phoenix, Arizona 85004 | IZARD, KINDALL & RAABE LLP<br>Robert A. Izard (pro hac vice)<br>Christopher M. Barrett (pro hac vice)<br>29 South Main Street, Suite 305<br>West Hartford, CT 06107<br>(860) 493-6292<br>rizard@ikrlaw.com<br>cbarrett@ikrlaw.com |

| | |
|---|---|
| **Attorneys for Defendants** | MOTLEY RICE LLC<br>Douglas P. Needham (pro hac vice)<br>M. Zane Johnson (pro hac vice)<br>One Corporate Center<br>20 Church Street, 17th Floor<br>Hartford, CT 06103<br>860-218-2720<br>dneedham@motleyrice.com<br>zjohnson@motleyrice.com<br><br>KELLER ROHRBACK L.L.P.<br>Ron Kilgard, Bar No. 005902<br>3101 North Central Avenue, Suite 1400<br>Phoenix, AZ 85012<br>Telephone: (602) 248-0088<br>Facsimile: (602) 248-2822<br>rkilgard@kellerrohrback.com<br><br>**Attorneys for Plaintiffs and Proposed Class Counsel** |