# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jerome M Skrtich, et al., | No. CV-22-01753-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| Pinnacle West Capital Corporation, et al., | |
| Defendants. | |

Having reviewed Plaintiffs' submission (Doc. 78) and having found the arguments submitted therewith support the award of fees requested by Plaintiffs' counsel,

**IT IS HEREBY ORDERED** as follows:

Plaintiffs' request for attorneys' fees of $2,333,333, one-third of the $7 million Gross Settlement Amount, is approved.

Plaintiffs' request for reimbursement of $116,582.29 in costs incurred is approved. This amount will be deducted from the Gross Settlement Amount.

Plaintiffs' request for $5,000 to each of the three named Plaintiffs as a case contribution award is approved.

Dated this 3rd day of December, 2025.

Honorable Susan M. Brnovich
United States District Judge